Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 20–14150–MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marla Hope Morris
   aka Marla Lengle
   16 Jeffrey Lane
   Brick, NJ 08724

Social Security No.:
   xxx–xx–2784

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              5/19/20
Time:             10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 24, 2020
JAN: pbf

                                            Jeanne Naughton
                                            Clerk, U. S. Bankruptcy Court

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 20-14150-MBK
Marla Hope Morris                                                   Chapter 13
         Debtor                   CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                  Page 1 of 2         Date Rcvd: Mar 24, 2020
                              Form ID: 132                 Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2020.
db            +Marla Hope Morris,    16 Jeffrey Lane,    Brick, NJ 08724-7120
518758281     +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
518758280     +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518758286     +CitiBank, N.A.,    PO Box 9001037,    Louisville, KY 40290-1037
518758294     +Midland Credit Management,    350 Camino De La Reina,    Suite 100,    San Diego, CA 92108-3007
518758295      Midland Credit Management, Inc.,    PO Box 301030,    Los Angeles, CA 90030-1030
518758296      Oklahoma FMS, Inc.,    PO Box 707600,    Tulsa, OK 74170-7600
518758299     +Raymond Martino,    c/o Brian Di Stefano, Esq.,    1 Pelican Drive,    2nd Floor, Suite 6,
                Bayville, NJ 08721-1600
518758300     +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
518758308     +USDOE/GLELSI,    2401 International Lane,    Madison, WI 53704-3121
518758307     +USDOE/GLELSI,    Attn: Bankruptcy,    Po Box 7860,    Madison, WI 53707-7860
518758310      Wells Fargo Bank NA,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
518758309     +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
                Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 24 2020 23:32:39     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 24 2020 23:32:37     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518758278     +E-mail/Text: ally@ebn.phinsolutions.com Mar 24 2020 23:31:37     Ally Financial,
                Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
518758279     +E-mail/Text: ally@ebn.phinsolutions.com Mar 24 2020 23:31:37     Ally Financial,
                P.o. Box 380901,    Bloomington, MN 55438-0901
518758283     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 24 2020 23:29:11     Capital One,
                Po Box 30281,    Salt Lake City, UT 84130-0281
518758282     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 24 2020 23:29:40     Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518777118     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 24 2020 23:40:54
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518758288     +E-mail/Text: bankruptcydesk@colonialsavings.com Mar 24 2020 23:33:00     Colonial Savings & Loa,
                P O Box 2988,    Fort Worth, TX 76113-2988
518758287     +E-mail/Text: bankruptcydesk@colonialsavings.com Mar 24 2020 23:33:00     Colonial Savings & Loa,
                Attn Bankruptcy,    Po Box 2988,    Fort Worth, TX 76113-2988
518758289     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 24 2020 23:32:27
                Comenity Bank/Victoria Secret,    PO Box 659728,    San Antonio, TX 78265-9728
518758290     +E-mail/Text: bknotice@ercbpo.com Mar 24 2020 23:32:43     ERC,    PO Box 23870,
                Jacksonville, FL 32241-3870
518758291      E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 24 2020 23:32:06     Internal Service Revenue,
                PO Box 7346,    Philadelphia, PA 19101-7346
518758284      E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 24 2020 23:29:08     Chase Card Services,
                Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
518758285      E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 24 2020 23:30:12     Chase Card Services,
                Po Box 15369,    Wilmington, DE 19850
518758293     +E-mail/Text: bncnotices@becket-lee.com Mar 24 2020 23:31:52     Kohls/Capital One,
                Po Box 3115,    Milwaukee, WI 53201-3115
518758292     +E-mail/Text: bncnotices@becket-lee.com Mar 24 2020 23:31:52     Kohls/Capital One,
                Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
518764828      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 24 2020 23:29:50     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518758298      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 24 2020 23:30:16
                Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502
518758297      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 24 2020 23:29:15
                Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
518760437     +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2020 23:29:06     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518758301     +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2020 23:29:35     Synchrony Bank/Amazon,
                Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518758302     +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2020 23:29:36     Synchrony Bank/Amazon,
                Po Box 965015,    Orlando, FL 32896-5015
518758303     +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2020 23:29:35     Synchrony Bank/Gap,
                Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518758304     +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2020 23:29:07     Synchrony Bank/Gap,
                Po Box 965005,    Orlando, FL 32896-5005
518758305     +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2020 23:29:06     Synchrony Bank/Lowes,
                Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518758306     +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2020 23:29:36     Synchrony Bank/Lowes,
                Po Box 956005,    Orlando, FL 32896-0001
                                                                                              TOTAL: 26

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Mar 24, 2020
                              Form ID: 132             Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2020 at the address(es) listed below:

```
              Albert    Russo    docs@russotrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Marla Hope Morris courtdocs@oliverandlegg.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 3
```