Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Ally Capital

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 20-14150(MBK) |
| MARIA HOPE MORRIS | Chapter 13 |
| | Hearing Date:  7-8-20 |
| | **AMENDED OBJECTION TO CONFIRMATION** |

Ally Capital, a secured creditor of the Debtor ("Ally"),
objects to the Debtor's plan for the following reasons:

a. **910 CLAIM:**  The vehicle in this matter (a 2017 JEEP
   PATRIOT) was purchased by the debtor on 7-9-18, less than
   910 days prior to filing and cannot be crammed down.  The
   plan should be amended to pay Ally the net loan balance
   at filing of $18,888.48 with interest at 5.25%.  The
   trustee should compute interest.  If interest was pre-
   computed, the trustee would pay ALLY $21,516.98 over 60
   months.

b. **Adequate protection payments:**  The plan should be
   modified to pay Ally adequate protection payments of $188

a month beginning in APRIL of 2020 (being 1% of the net loan balance).  Adequate protection payments must be given super priority administrative expense status, paid ahead of attorney fees and continue after confirmation until regular distributions begin to be made to Ally.

c. **Proof of insurance:** The vehicle must be insured with comprehensive and collision insurance coverage and liability coverage in accordance with the requirements contained in the contract.  Ally must be listed as loss payee or additional insured. **The Debtor must provide Ally with proof that the vehicle is insured in accordance with §1326(a)(4) and this portion of the objection to confirmation should be considered a demand that the Debtor provide proof of insurance**.

d. Ally must retain its lien on the vehicle following confirmation, until it is paid in full through the plan, the plan is completed by the debtor and the debtor receives a discharge.

e. **Order of distributions:**  The order of distributions must
be changes to account for the priority of adequate
protection payments to Ally.


                                        /s/ John R. Morton, Jr.
                                        John R. Morton, Jr., attorney for
                                        Ally Capital


Dated: 6-11-20