4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: _6-15-2020_          /s/ Marla Hope Morris
                             Signature of Debtor

DATED: _____        _____
                             Signature of Joint Debtor

new.5/23/06;jml

2