| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 20-14150 / MBK**

Marla Hope Morris

Petition Filed Date: 03/11/2020
341 Hearing Date: 04/09/2020
Confirmation Date: 10/28/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/31/2020 | $362.00 | 66749400 | 05/01/2020 | $362.00 | 67524520 | 06/01/2020 | $362.00 | 68330150 |
| 07/01/2020 | $362.00 | 69063710 | 08/03/2020 | $362.00 | 69766160 | 08/27/2020 | $362.00 | 70397750 |
| 09/28/2020 | $362.00 | 71123380 | 10/26/2020 | $362.00 | 71827520 | 11/30/2020 | $362.00 | 72623720 |
| 12/22/2020 | $362.00 | 73238740 | 01/25/2021 | $362.00 | 74020310 | 02/23/2021 | $362.00 | 74688400 |

**Total Receipts for the Period: $4,344.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,344.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Marla Hope Morris | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» AMD DISCLOSURE | Attorney Fees | $3,160.00 | $3,160.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR | Unsecured Creditors | $748.22 | $0.00 | $748.22 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,368.77 | $0.00 | $5,368.77 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» TJX | Unsecured Creditors | $4,256.60 | $0.00 | $4,256.60 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $989.23 | $0.00 | $989.23 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2019 TAX PERIOD | Priority Crediors | $760.00 | $0.00 | $760.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured Creditors | $771.75 | $0.00 | $771.75 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $10,001.89 | $0.00 | $10,001.89 |
| 8 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $6,960.74 | $0.00 | $6,960.74 |
| 9 | CU MEMBERS MTG, A DIVISION OF COLONIAL<br>»» P/16 JEFFERY LN/1ST MTG | Mortgage Arrears | $2,259.93 | $22.51 | $2,237.42 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY BANK/VICTORIA'S SECRET | Unsecured Creditors | $2,335.04 | $0.00 | $2,335.04 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK, NA | Unsecured Creditors | $3,982.68 | $0.00 | $3,982.68 |
| 12 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE, NA | Unsecured Creditors | $5,167.66 | $0.00 | $5,167.66 |
| 13 | WELLS FARGO BANK, NA | Unsecured Creditors | $3,839.13 | $0.00 | $3,839.13 |
| 14 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» AMAZON.COM STORE CARD | Unsecured Creditors | $2,562.15 | $0.00 | $2,562.15 |

**Chapter 13 Case No. 20-14150 / MBK**

| # | Creditor | Class | Claim | Paid | Balance |
|---|---|---|---|---|---|
| 15 | SYNCHRONY BANK<br>»» PAYPAL MC | Unsecured Creditors | $7,526.49 | $0.00 | $7,526.49 |
| 16 | SYNCHRONY BANK<br>»» LOWES CC | Unsecured Creditors | $3,333.14 | $0.00 | $3,333.14 |
| 17 | ALLY CAPITAL<br>»» 2017 JEEP PATRIOT/CRAM | Debt Secured by Vehicle | $11,832.00 | $117.85 | $11,714.15 |
| 10017 | ALLY CAPITAL<br>»» 2017 JEEP PATRIOT/CRAM BAL | Unsecured Creditors | $10,078.03 | $0.00 | $10,078.03 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,344.00 | Plan Balance: | $17,738.00 ** |
| Paid to Claims: | $3,300.36 | Current Monthly Payment: | $362.00 |
| Paid to Trustee: | $363.80 | Arrearages: | $0.00 |
| Funds on Hand: | $679.84 | Total Plan Base: | $22,082.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.