| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 20-14150 / MBK

Marla Hope Morris

Petition Filed Date: 03/11/2020
341 Hearing Date: 04/09/2020
Confirmation Date: 10/28/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/25/2021 | $362.00 | 74020310 | 02/23/2021 | $362.00 | 74688400 | 03/18/2021 | $362.00 | 75346940 |
| 04/13/2021 | $362.00 | 75946370 | 05/12/2021 | $362.00 | 76662490 | 06/10/2021 | $362.00 | 77341080 |
| 07/14/2021 | $362.00 | 78101640 | 08/06/2021 | $362.00 | 78641280 | 09/08/2021 | $362.00 | 79348520 |
| 10/06/2021 | $362.00 | 80000080 | 11/09/2021 | $362.00 | 80730180 | 12/08/2021 | $362.00 | 81335470 |
| 01/05/2022 | $362.00 | 81904950 | | | | | | |

**Total Receipts for the Period: $4,706.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,326.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Marla Hope Morris | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» AMD DISCLOSURE | Attorney Fees | $3,160.00 | $3,160.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» CREDIT ONE | Unsecured Creditors | $748.22 | $0.00 | $748.22 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,368.77 | $0.00 | $5,368.77 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» TJX | Unsecured Creditors | $4,256.60 | $0.00 | $4,256.60 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $989.23 | $0.00 | $989.23 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2019 TAX PERIOD | Priority Crediors | $760.00 | $0.00 | $760.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» PIER ONE | Unsecured Creditors | $771.75 | $0.00 | $771.75 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $10,001.89 | $0.00 | $10,001.89 |
| 8 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $6,960.74 | $0.00 | $6,960.74 |
| 9 | CU Members Mortgage<br>»» P/16 JEFFERY LN/1ST MTG | Mortgage Arrears | $2,259.93 | $668.11 | $1,591.82 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY VICTORIA'S SECRET | Unsecured Creditors | $2,335.04 | $0.00 | $2,335.04 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK, NA | Unsecured Creditors | $3,982.68 | $0.00 | $3,982.68 |
| 12 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAP ONE WALMART | Unsecured Creditors | $5,167.66 | $0.00 | $5,167.66 |
| 13 | WELLS FARGO BANK, NA | Unsecured Creditors | $3,839.13 | $0.00 | $3,839.13 |

**Chapter 13 Case No. 20-14150 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  AMAZON.COM STORE CARD | Unsecured Creditors | $2,562.15 | $0.00 | $2,562.15 |
| 15 | SYNCHRONY BANK<br>»»  PAYPAL MC | Unsecured Creditors | $7,526.49 | $0.00 | $7,526.49 |
| 16 | SYNCHRONY BANK<br>»»  LOWES CC | Unsecured Creditors | $3,333.14 | $0.00 | $3,333.14 |
| 17 | ALLY CAPITAL<br>»»  2017 JEEP PATRIOT/CRAM | Debt Secured by Vehicle | $11,832.00 | $3,498.07 | $8,333.93 |
| 10017 | ALLY CAPITAL<br>»»  2017 JEEP PATRIOT/CRAM BAL | Unsecured Creditors | $10,078.03 | $0.00 | $10,078.03 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,326.00 | Plan Balance: | $13,756.00 ** |
| Paid to Claims: | $7,326.18 | Current Monthly Payment: | $362.00 |
| Paid to Trustee: | $668.23 | Arrearages: | $362.00 |
| Funds on Hand: | $331.59 | Total Plan Base: | $22,082.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more  information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.