| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com | Order Filed on February 23, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Marla H. Morris,<br><br>                              Debtor | Case No.:  20-14150<br><br>Hearing Date:  February 22, 2023 @ 9am<br><br>Chapter: 13<br><br>Judge:  MBK |

## ORDER GRANTING MOTION TO ALLOW
## DEBTOR TO PAY OFF PLAN AND OBTAIN A DISCHARGE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: February 23, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**The Court** having received the Movant's Motion to allow debtor to pay off plan and obtain a discharge, and any related responses or objections, it is hereby

**O R D E R E D** that:

1. The debtor is hereby allowed to use the gift from Anthony Granato to pay off her Chapter 13 plan and to obtain a discharge without the necessity of making payments for three (3) to five (5) years; and

2. The Trustee shall close the case upon receipt of pay off funds in accordance with Court Rules.