| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com | Order Filed on February 23, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Marla H. Morris,<br><br>      Debtor | Case No.: 20-14150<br><br>Hearing Date: February 22, 2023 @ 9am<br><br>Chapter: 13<br><br>Judge: MBK |

## ORDER GRANTING MOTION TO ALLOW
## DEBTOR TO PAY OFF PLAN AND OBTAIN A DISCHARGE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: February 23, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**The Court** having received the Movant's Motion to allow debtor to pay off plan and obtain a discharge, and any related responses or objections, it is hereby

**O R D E R E D** that:

1. The debtor is hereby allowed to use the gift from Anthony Granato to pay off her Chapter 13 plan and to obtain a discharge without the necessity of making payments for three (3) to five (5) years; and

2. The Trustee shall close the case upon receipt of pay off funds in accordance with Court Rules.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-14150-MBK |
| Marla Hope Morris | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 23, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marla Hope Morris, 16 Jeffrey Lane, Brick, NJ 08724-7120 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PrimeLending  A PlainsCapital Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor CU Members Mortgage  A Division of Colonial Savings dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Robert Cameron Legg | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 23, 2023 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Debtor Marla Hope Morris courtdocs@oliverandlegg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7