| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 20-14150 / MBK

Marla Hope Morris

Petition Filed Date: 03/11/2020
341 Hearing Date: 04/09/2020
Confirmation Date: 10/28/2020

Case Status: **Completed on 3/ 7/2023**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2022 | $362.00 | 81904950 | 02/17/2022 | $362.00 | 82794280 | 03/09/2022 | $362.00 | 83296030 |
| 04/07/2022 | $362.00 | 83916180 | 05/09/2022 | $362.00 | 84572180 | 06/21/2022 | $362.00 | 85388080 |
| 07/18/2022 | $362.00 | 85934450 | 08/17/2022 | $362.00 | 86542760 | 09/19/2022 | $362.00 | 87171450 |
| 10/25/2022 | $362.00 | 87829180 | 11/30/2022 | $362.00 | 88505790 | 12/28/2022 | $362.00 | 89032580 |
| 03/01/2023 | $10,324.00 | 500181850 | | | | | | |

**Total Receipts for the Period: $14,668.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $22,632.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Marla Hope Morris | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» AMD DISCLOSURE | Attorney Fees | $3,160.00 | $3,160.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» CREDIT ONE | Unsecured Creditors | $748.22 | $0.00 | $748.22 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,368.77 | $0.00 | $5,368.77 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» TJX | Unsecured Creditors | $4,256.60 | $0.00 | $4,256.60 |
| 4 | AMERICAN EXPRESS | Unsecured Creditors | $989.23 | $0.00 | $989.23 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2019 TAX PERIOD | Priority Crediors | $760.00 | $0.00 | $760.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» PIER ONE | Unsecured Creditors | $771.75 | $0.00 | $771.75 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $10,001.89 | $0.00 | $10,001.89 |
| 8 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $6,960.74 | $0.00 | $6,960.74 |
| 9 | CU Members Mortgage<br>»» P/16 JEFFERY LN/1ST MTG | Mortgage Arrears | $2,259.93 | $1,308.35 | $951.58 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY VICTORIA'S SECRET | Unsecured Creditors | $2,335.04 | $0.00 | $2,335.04 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK, NA | Unsecured Creditors | $3,982.68 | $0.00 | $3,982.68 |
| 12 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAP ONE WALMART | Unsecured Creditors | $5,167.66 | $0.00 | $5,167.66 |
| 13 | WELLS FARGO BANK, NA | Unsecured Creditors | $3,839.13 | $0.00 | $3,839.13 |

**Chapter 13 Case No. 20-14150 / MBK**

| | | | | | |
|---|---|---|---|---|---:|
| 14 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  AMAZON.COM STORE CARD | Unsecured Creditors | $2,562.15 | $0.00 | $2,562.15 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PAYPAL MC/SYNCHRONY | Unsecured Creditors | $7,526.49 | $0.00 | $7,526.49 |
| 16 | SYNCHRONY BANK<br>»»  LOWES CC | Unsecured Creditors | $3,333.14 | $0.00 | $3,333.14 |
| 17 | ALLY CAPITAL<br>»»  2017 JEEP PATRIOT/CRAM | Debt Secured by Vehicle | $11,832.00 | $6,849.96 | $4,982.04 |
| 10017 | ALLY CAPITAL<br>»»  2017 JEEP PATRIOT/CRAM BAL | Unsecured Creditors | $10,078.03 | $0.00 | $10,078.03 |
| 0 | Robert Cameron Legg, Esq.<br>»»  SUB OF ATTY 9/30/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

**Your case was Completed on 3/07/2023.**

Summary of all receipts and disbursements from date filed through 3/07/2023:

| | |
|---|---:|
| Total Receipts: | $22,632.00 |
| Paid to Claims: | $11,318.31 |
| Paid to Trustee: | $1,733.02 |
| Funds on Hand: | $9,580.67 |