UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

R. Cameron Legg, Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorneys for Debtor
courtdocs@oliverandlegg.com

Order Filed on March 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Marla H. Morris,

                    Debtor

Case No.: 20-14150

Chapter: 13

Judge: CMG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED.**

**DATED: March 17, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that R. Cameron Legg and the Law Offices of Oliver & Legg, LLC, applicants, are allowed a fee of $500.00 for services rendered.  The allowance is payable through the Chapter 13 Plan as an administrative priority.

**FURTHUR ORDERED** the trustee payment shall disburse funds on hand to satisfy the total fee of $500.00.