| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1** | Order Filed on March 17, 2023 by Clerk U.S. Bankruptcy Court District of New Jersey |
| R. Cameron Legg, Esq. OLIVER & LEGG, LLC 2240 Highway 33, Suite 112 Neptune, New Jersey 07753 732-988-1500 Attorneys for Debtor courtdocs@oliverandlegg.com | |
| In Re: Marla H. Morris,  Debtor | Case No.:  20-14150  Chapter: 13  Judge:   CMG |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED.**

**DATED: March 17, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that R. Cameron Legg and the Law Offices of Oliver & Legg, LLC, applicants, are allowed a fee of $500.00 for services rendered. The allowance is payable through the Chapter 13 Plan as an administrative priority.

**FURTHUR ORDERED** the trustee payment shall disburse funds on hand to satisfy the total fee of $500.00.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 20-14150-MBK
Marla Hope Morris                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                       User: admin                       Page 1 of 2
Date Rcvd: Mar 20, 2023              Form ID: pdf903              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2023:**

**Recip ID               Recipient Name and Address**
db                     +   Marla Hope Morris, 16 Jeffrey Lane, Brick, NJ 08724-7120

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2023                          Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2023 at the address(es) listed below:**

**Name**                    **Email Address**

Albert Russo
                 docs@russotrustee.com

Denise E. Carlon
                 on behalf of Creditor PrimeLending A PlainsCapital Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                 on behalf of Creditor CU Members Mortgage A Division of Colonial Savings dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
                 on behalf of Creditor Ally Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com

John R. Morton, Jr.
                 on behalf of Creditor Ally Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Robert Cameron Legg

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 20, 2023 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Debtor Marla Hope Morris courtdocs@oliverandlegg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7