| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Marla Hope Morris** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2784 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   20–14150–MBK | | |

# Order of Discharge                                                                                                         12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Marla Hope Morris
    aka Marla Lengle

<u>4/26/23</u>                                                                                  **By the court:** <u>Michael B. Kaplan</u>
                                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Marla Hope Morris  
    Debtor

Case No. 20-14150-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Apr 26, 2023     Form ID: 3180W     Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marla Hope Morris, 16 Jeffrey Lane, Brick, NJ 08724-7120 |
| 518758296 | | Oklahoma FMS, Inc., PO Box 707600, Tulsa, OK 74170-7600 |
| 518758299 | + | Raymond Martino, c/o Brian Di Stefano, Esq., 1 Pelican Drive, 2nd Floor, Suite 6, Bayville, NJ 08721-1600 |
| 518758300 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 518758310 | | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 26 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 26 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: GMACFS.COM | Apr 27 2023 00:27:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 518839043 | | EDI: GMACFS.COM | Apr 27 2023 00:27:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519262415 | + | EDI: AISACG.COM | Apr 27 2023 00:27:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518758278 | + | EDI: GMACFS.COM | Apr 27 2023 00:27:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 518758279 | + | EDI: GMACFS.COM | Apr 27 2023 00:27:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 518796847 | | Email/PDF: bncnotices@becket-lee.com | Apr 26 2023 21:03:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518758280 | + | Email/PDF: bncnotices@becket-lee.com | Apr 26 2023 20:52:29 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518758281 | + | Email/PDF: bncnotices@becket-lee.com | Apr 26 2023 21:03:06 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518758282 | + | EDI: CAPITALONE.COM | Apr 27 2023 00:27:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518758283 | + | EDI: CAPITALONE.COM | Apr 27 2023 00:27:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518777118 | + | EDI: AIS.COM | Apr 27 2023 00:27:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518758286 | + | EDI: CITICORP.COM | Apr 27 2023 00:27:00 | CitiBank, N.A., PO Box 9001037, Louisville, KY 40290-1037 |
| 518758287 | + | Email/Text: bankruptcydesk@colonialsavings.com | | |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518758288 | + | Email/Text: bankruptcydesk@colonialsavings.com | Apr 26 2023 20:42:00 | Colonial Savings & Loa, Attn Bankruptcy, Po Box 2988, Fort Worth, TX 76113-2988 |
| 518825886 | + | Email/Text: bankruptcydesk@colonialsavings.com | Apr 26 2023 20:42:00 | Colonial Savings & Loa, P O Box 2988, Fort Worth, TX 76113-2988 |
| 518758289 | + | EDI: WFNNB.COM | Apr 26 2023 20:42:00 | Colonial Savings Mortgage Services, P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 518758290 | + | Email/Text: bknotice@ercbpo.com | Apr 27 2023 00:27:00 | Comenity Bank/Victoria Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 518758291 | | EDI: IRS.COM | Apr 26 2023 20:42:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 518835622 | | EDI: JEFFERSONCAP.COM | Apr 27 2023 00:27:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518758284 | | EDI: JPMORGANCHASE | Apr 27 2023 00:27:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518758285 | | EDI: JPMORGANCHASE | Apr 27 2023 00:27:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518805107 | + | Email/Text: RASEBN@raslg.com | Apr 27 2023 00:27:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| | | | Apr 26 2023 20:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518758292 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 26 2023 20:41:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518758293 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 26 2023 20:41:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 518764828 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 20:52:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518758294 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 20:42:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 518830809 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 20:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518758295 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 20:42:00 | Midland Credit Management, Inc., PO Box 301030, Los Angeles, CA 90030-1030 |
| 518758298 | | EDI: PRA.COM | Apr 27 2023 00:27:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 518758297 | | EDI: PRA.COM | Apr 27 2023 00:27:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519771594 | | EDI: PRA.COM | Apr 27 2023 00:27:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519771595 | | EDI: PRA.COM | Apr 27 2023 00:27:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518796236 | | EDI: PRA.COM | Apr 27 2023 00:27:00 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 518803236 | | EDI: Q3G.COM | Apr 27 2023 00:27:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518838926 | + | EDI: RMSC.COM | Apr 27 2023 00:27:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518760437 | + | EDI: RMSC.COM | Apr 27 2023 00:27:00 | Synchrony Bank, c/o of PRA Receivables |

Case 20-14150-MBK    Doc 54    Filed 04/28/23    Entered 04/29/23 00:15:17    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: 3180W | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518758301 | + | EDI: RMSC.COM | Apr 27 2023 00:27:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518758302 | + | EDI: RMSC.COM | Apr 27 2023 00:27:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 518758304 | + | EDI: RMSC.COM | Apr 27 2023 00:27:00 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 518758303 | + | EDI: RMSC.COM | Apr 27 2023 00:27:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518758305 | + | EDI: RMSC.COM | Apr 27 2023 00:27:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518758306 | + | EDI: RMSC.COM | Apr 27 2023 00:27:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518758307 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 26 2023 20:41:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 518758308 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 26 2023 20:41:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |
| 518758309 | + | EDI: WFFC2 | Apr 27 2023 00:27:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 518833363 | | EDI: WFFC2 | Apr 27 2023 00:27:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Ally Capital, PO Box 130424, Roseville, MN 55113-0004 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: 3180W | Total Noticed: 53 |

Denise E. Carlon
    on behalf of Creditor PrimeLending  A PlainsCapital Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor CU Members Mortgage  A Division of Colonial Savings dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
    on behalf of Creditor Ally Financial ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Ally Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Robert Cameron Legg
    on behalf of Debtor Marla Hope Morris courtdocs@oliverandlegg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7